IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.     CASE NO.  4:06cr00104-02 JMM

JOHNNY LARON SAMPSON

ORDER

The United States' second motion to amend/correct restitution (docket entry #279) is granted.

The July 23, 2007 Judgment (docket entry #211) and the November 27, 2007 Amended Judgment (docket entry #236) are amended to state that the total amount of restitution, $15,755.68 ($13,975.68 to Bank of America, $1,300.00 to Metropolitan Bank and $480.00 to First Security Bank) is joint and several between Johnny Laron Sampson, Courtney Johnson (4:06cr00104-01 JMM), James Carroll Evans (4:05cr00233-01 JMM) and Valencia White (4:07cr00200 WRW).

The remaining portions of the judgments will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the Finance Section of the Clerk's office.

IT IS SO ORDERED THIS 10th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE